**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Paulino BAUTISTA–SANCHEZ,**
**Defendant–Appellant.**

**No. 03–41526.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 17, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Paulino Bautista–Sanchez pleaded guilty and was convicted of illegal reentry following deportation in violation of 8 U.S.C. § 1326. Pursuant to his guilty-plea conviction, the district court sentenced Bautista–Sanchez to sixty-eight months of imprisonment and three years of supervised release. This Court affirmed Bautista–Sanchez's judgment of conviction. *United States v. Bautista–Sanchez,* 116 F. App'x. 512 (5th Cir.2004). Bautista–Sanchez filed a petition for a writ of certiorari. The Supreme Court granted Bautista–Sanchez's petition, vacated this Court's judgment, and remanded the case for consideration in light of *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Bautista–Sanchez v. United States,* — U.S. ——, 125 S.Ct. 1715, 161 L.Ed.2d 521 (2005). Bautista–Sanchez does not now press a *Booker* claim, conceding that *Booker* has no impact on this appeal.

We reinstate our prior judgment affirming Bautista–Sanchez's sentence.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.